

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00223-CR

| | | |
|---|---|---|
| Ramon Marroquin | § | From County Criminal Court No. 2 |
| | § | of Tarrant County (1305476) |
| v. | § | June 12, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Gabriel_____
      Justice Lee Gabriel